# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| KAMIL MIARKA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 17-0243-CG-N |
| CITY OF GULF SHORES, et al., | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the relevant pleadings and this issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Defendants' Motions to Dismiss is **GRANTED** pursuant to Rule 12(b)(6) for failure to state a claim against Defendants, City of Gulf Shores, Richard King, and Paul Maliska.

**DONE and ORDERED** this 22nd day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE